James E. Gillespie v. Solomon Kaufman, Impleaded with Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing an additional undertaking sufficient to effect a stay of execution of judgment pursuant to section 594 of the Civil Practice Act, and the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

Louis N. Osmond v. New York Cotton Exchange, Inc., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Meyer Klibansky v. Mary Klibansky.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

Jack Rothstone and John J. Glynn, as Administrators c. t. a., etc., of Arnold Rothstein, Deceased, v. Manhattan Life Insurance Company.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

The Bishop & Babcock Sales Company v. H. Homer & Son, Inc., Impleaded with Others.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Paul Berlenbach v. Chemical Bank and Trust Company, as Successor by Merger to United States Mortgage and Trust Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Hildegarde Moser and Another v. Charles O. Corn and Others.— Motion for a rehearing of motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

## Second Department, April, 1932.

Arco Construction Company, Inc., Appellant, v. Michael Mezzacappa, and Others, Respondents.— Judgments reversed on the law and a new trial granted, costs to abide the event. The complaint, as amended, states facts sufficient to constitute a cause of action. (Workmen's Comp. Law, §§ 11, 29.)█ Young, Hagarty and Carswell, JJ., concur; Lazansky, P. J., and Kapper, J., concur in result.

Bayside West Theatres, Inc., Appellant, v. Mario B. Sibilia, Respondent.— Order granting defendant's motion to dismiss the complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.